### David BUCKNER et al., Plaintiffs-Appellants,

### v.

### GOODYEAR TIRE AND RUBBER COMPANY et al., Defendants-Appellees.

### No. 72-2697.

United States Court of Appeals, Fifth Circuit.

May 17, 1973.

David H. Hood, Jr., Bessemer, Ala., Nathaniel Jones, New York City, for plaintiffs-appellants.

William F. Gardner, Birmingham, Ala., Clarence F. Rhea, Gadsden, Ala., for defendants-appellees.

Before BELL, DYER and INGRAHAM, Circuit Judges.

PER CURIAM:

We affirm the judgment of the district court and adopt its carefully considered and well-written opinion, 339 F. Supp. 1108.

Affirmed.

---

### Buddy Lloyd COX et al., Plaintiffs-Appellants,

### v.

### INTERNATIONAL LONGSHOREMEN'S ASSOCIATION; LOCAL 1273, et al., Defendants-Appellees.

### No. 72-3194.

United States Court of Appeals, Fifth Circuit.

May 18, 1973.

Anthony J. P. Farris, U. S. Atty., James G. Gough, Wayne H. Paris, Asst. U. S. Attys., Houston, Tex., Walter H. Fleischer, Thomas J. Press, Morton Hollander, Attys., Dept. of Justice, Washington, D. C., for plaintiffs-appellants.

Chris Dixie, Robert Eikel, Houston, Tex., for defendants-appellees.

Before WISDOM, DYER and INGRAHAM, Circuit Judges.

PER CURIAM:

We are in agreement with the well reasoned opinion of the district court, Cox, et al. v. International Longshoremen's Association, Local 1273, et al., 343 F. Supp. 1292 (S.D.Tex., 1972), and its judgment is affirmed.